IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEROME POSEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAYNE TALBERT, et al., )<br>)<br>Defendant(s). ) | 1:12CV151 |

ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 12, 2012, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited by the Magistrate Judge. A Judgment will be entered contemporaneously with this Order.

United States District Judge

Date: May 4, 2012